## (July 18, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK v. RAFEAL MENDEZ.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Michael A. Schwind, Esq., of 63 Wall Street, New York, New York, is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

## (July 28, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK v. EARTHAN KEITT.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Howard Friedman, Esq., of 295 Madison Avenue, New York, New York, is assigned as counsel for the appellant for the purposes of the appeal. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

## SECOND DEPARTMENT, JULY, 1960

## (July 5, 1960)

■ ATLANTIC BEACH HOTEL & CABANA CLUB, INC., et al., Appellants, v. EDWARD P. LARKIN et al., Respondents.— Motion for a stay pending appeal denied, without costs. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ CARLOTTA J. CORKEDALE, Respondent, v. JOHN CORKEDALE, JR., Appellant.— Motion for a stay pending appeal granted on condition: (1) that within 20 days after entry of the order hereon appellant shall file an undertaking for $1,000, with corporate surety, to pay the amount required by him to be paid under the order appealed from, in the event such order be affirmed in whole or in part or in the event the appeal be dismissed; and (2) that appellant perfect the appeal for September 7, 1960, for which day the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before August 15, 1960. Nolan, P. J., Beldock, Ughetta and Christ, JJ., concur; Brennan, J., not voting.